UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT GROSZ,<br><br>                Defendant. | Case No. CR17-28RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR CM/ECF FILING PRIVILEGES AS AN ATTORNEY |

This matter comes before the Court on defendant Robert Grosz's "Motion for CM/ECF Filing Privileges As An Attorney." Dkt. # 51. Defendant argues that because he is in the process of becoming licensed as an attorney in Canada, he should be permitted to file electronically in this district as an attorney. Per the district's CM/ECF Filing Procedures,[1] however, separate CM/ECF procedures apply to attorneys (including attorneys admitted *pro hac vice*) and to *pro se* filers. Accordingly, until defendant is admitted to practice in this district *pro hac vice*, he may only register for CM/ECF filing as a *pro se* filer. The *pro se* filers registration form is available at http://www.wawd.uscourts.gov/sites/wawd/files/ECFRegistrationFormforProSeFilers.pdf.

---

[1] These procedures are available at http://www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProcedures.pdf.

ORDER DENYING DEFENDANT'S MOTION
FOR CM/ECF FILING PRIVILEGES AS AN ATTORNEY - 1

1  For all the foregoing reasons, defendant's motion (Dkt. # 51) is DENIED.

3  DATED this 24th day of July, 2017.

                                           */s/ Robert S. Lasnik*
                                       Robert S. Lasnik
                                       United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR CM/ECF FILING PRIVILEGES AS AN ATTORNEY - 2