UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GROSZ,<br><br>Defendant. | Case No. CR17-28RSL<br><br>ORDER DENYING DEFENDANT'S MOTION FOR TRANSCRIPTS |

This matter comes before the Court on defendant Robert Grosz's "Motion for Transcripts." Dkt. # 52. Defendant asks the Court to order that he be provided two transcripts: the transcript of a January 31, 2017 hearing on the conditions of his release; and the transcript of a February 14, 2017 plea hearing. Defendant asserts that he needs these transcripts to prepare a petition under 28 U.S.C. § 2255, and argues that because he was deemed sufficiently indigent to qualify for appointed counsel, the fees for the transcripts should be waived.

There is no constitutional right to a free transcript in aid of a collateral attack on a judgment of conviction. See United States v. MacCollom, 426 U.S. 317, 322–27 (1976). Once a convicted defendant has filed a petition under 28 U.S.C. § 2255, the district court may order that a free transcript be furnished to the defendant if it finds that the collateral attack is "not frivolous and that the transcript is needed to decide the issue presented." 28 U.S.C. § 753(f). In this case, however, defendant has not yet filed a habeas petition, and accordingly his request for free transcripts is premature. See United States v. Connors, 904 F.2d 535, 536 (9th Cir. 1990) (per curiam).

ORDER DENYING DEFENDANT'S MOTION FOR TRANSCRIPTS - 1

1  For all the foregoing reasons, defendant's motion (Dkt. # 52) is DENIED.

3  DATED this 24th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28  ORDER DENYING DEFENDANT'S MOTION FOR TRANSCRIPTS - 2