The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-028-RSL |
| Plaintiff, | |
| v. | [Proposed] **FINAL ORDER OF FORFEITURE** |
| ROBERT GROSZ, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following firearms:

1. One Taurus 85, .38 caliber revolver, bearing Serial No. PK33965;
2. One Astra Constable, .32 caliber pistol, bearing Serial No. 1072424;
3. One Browning Buckmark, .22 pistol, bearing Serial No. 515mm14285;
4. One Davis Industries D32, .32 caliber pistol, bearing Serial No. 578753; and
5. One Dickinson 12-gauge shotgun, bearing Serial No. 15D6243.

///
///
///
///

Final Order of Forfeiture - 1
*United States v. Robert Grosz*, CR17-028-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Court, being aware of the record in this case, including the United States'
2  Motion, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate
3  because:

4  - In the Plea Agreement he entered on February 14, 2017 (Dkt. # 22), Defendant
5    Robert Grosz agreed to forfeit his interest in the above-listed firearms;
6  - On April 27, 2017, the Court entered a Preliminary Order of Forfeiture finding
7    the above-listed firearms forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28
8    U.S.C. § 2461(c) and forfeiting the Defendant's interest in them (Dkt. # 45);
9  - Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P.
10   32.2(b)(6)(C), the United States published notice of the forfeiture as required
11   by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. # 47);
12 - The United States also provided direct notice to a potential claimant, as
13   required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Neal
14   Christiansen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 4,
15   Ex. A); and
16 - The time for filing third-party petitions has expired, and none were filed.

18 NOW, THEREFORE, THE COURT ORDERS:
19   1.   No right, title, or interest in the above-listed firearms exists in any party
20 other than the United States;
21   2.   The above-listed firearms are fully and finally condemned and forfeited, in
22 their entirety, to the United States; and
23 ///
24 ///
25 ///
26 ///
27 ///
28

Final Order of Forfeiture - 2
*United States v. Robert Grosz*, CR17-028-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States, and/or its representatives, is authorized to dispose of the above-listed firearms as permitted by governing law.

IT IS SO ORDERED.

DATED this 29th day of September, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

_____
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-4169
Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture - 3
United States v. Robert Grosz, CR17-028-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970